UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                              Criminal No. 09-cr-64-02-JL

<u>Thomas Michael Pillsbury</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 26) filed by defendant is granted  without a hearing, as the motion explains the grounds for the requested delay.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  August 18, 2009

cc:  Jonathan R. Saxe
     Clyde R. W. Garrigan
     U.S. Marshal
     U.S. Probation